**The below described is SIGNED.**

**Dated: March 20, 2012**   *R. Kimball Mosier* 

_____
**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

_____

Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Bank of America, N.A.
L&A Case No. 12-22176

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 11-37789 RKM |
| James L. Steele and Lynn C. Steele, | (a Chapter 7 case) |
| Debtors. | Filed Electronically |
| | *Hearing March 28, 2012 @ 10:00 a.m.* |

ORDER TERMINATING THE AUTOMATIC STAY

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ("Creditor") filed a Motion for Termination of the Automatic Stay. There being no objection to the motion, and good

cause appearing therefore, it is hereby ORDERED, adjudged and decreed that the automatic stay in this case is terminated as to the real property of the debtors located at 42 East 360 North, Goshen, in Utah County, Utah, more particularly described as:

> Lot 2, Plat "A", GOSHEN MEADOWS, according to the official plat thereof on file and of record in the Utah County Recorder's Office.
>
> Together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property.

It is further ORDERED that Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, against the above-described property; and,

It is further ORDERED that Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. Creditor may contact the Debtors via telephone or written correspondence to offer such an agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

2

———————————————— End of Document ————————————————

### CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT

I certify that on _____ I sent a copy of the foregoing Order electronically or by first class mail to each of the following:

      Mark Middlemas
      Lundberg & Associates
      ECF
          Attorneys for Creditor

      Justin M. Myers
      ECF
          Attorney for Debtors

      Philip G. Jones
      ECF
          Chapter 7 Trustee

      James L. Steele
      Lynn C. Steele
      42 East 360 North
      Goshen, UT 84633
          Debtors

      James L. Steele
      Lynn C. Steele
      379 W. 1430 S.
      Payson, UT 84651
          Debtors

      _____
      United States Bankruptcy Clerk