RAB18J (10/05)

# United States Bankruptcy Court

District of Utah
Case No. **11–37789**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James L. Steele<br>379 W. 1430 S.<br>Payson, UT 84651 | Lynn C. Steele<br>379 W. 1430 S.<br>Payson, UT 84651 |

Social Security No.:
  xxx–xx–0493                                                  xxx–xx–7101

Employer's Tax I.D. No.:

Petition date: 12/19/11

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                                             BY THE COURT

Dated: <u>4/17/12</u>                                                          <u>R. Kimball Mosier</u>
                                                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                             District of Utah
In re:                                                        Case No. 11-37789-RKM
James L. Steele                                               Chapter 7
Lynn C. Steele
       Debtors
                           CERTIFICATE OF NOTICE
District/off: 1088-2          User: gci                    Page 1 of 2         Date Rcvd: Apr 17, 2012
                              Form ID: rab18j              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2012.
db/jdb    +James L. Steele,    Lynn C. Steele,    379 W. 1430 S.,    Payson, UT 84651-8623
aty       +Justin M. Myers,    Justin M. Myers, Attorney-at-Law, LLC,    1194 W. South Jordan Pkwy.,   Suite A,
            South Jordan, UT 84095-5508
aty       +Mark S. x3Middlemas,    Lundberg & Associates,    3269 South Main Street,   Suite 100,
            Salt Lake City, UT 84115-3773
8057560    Bank of America,    PO Box 650070,    Dallas, TX 75265-0070
8057562   +CentraCom Communications,    PO BOX 7,    Fairview, UT 84629-0007
8057563    Central Utah Clinic,    PO Box 30079,    Salt Lake City, UT 84130-0079
8057567   +Gold's Gym,    1259 S. 800 E.,    Orem, UT 84097-7232
8057566   +Gold's Gym,    Paramount Acceptance,    4725 S Holladay Blvd.,    Salt Lake City, UT 84117-5475
8057568    Household Bank,    Attn: Dispute Processing,    Portland, OR 97223-8517
8057572    Mountain Land Collections,    PO Box 1280,    American Fork, UT 84003-6280
8057575   +NCO Financial Systems,    PO Box 15537,    Wilmington, DE 19850-5537
8057576    One Main Financial,    PO Box 183172,    Columbus, OH 43218-3172
8057578   +Quinn Kofford Attorney,    43 N. 470 W.,    American Fork, UT 84003-2267
8057579    Revenue Cycle Solutions,    PO Box 361230,    Birmingham, AL 35236-1230
8057581   +Scenic Falls Credit Union,    PO Box 50307,    Idaho Falls, ID 83405-0307
8057583    Utah County,    200 N. 100 W.,    Provo, UT 84601
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr        +EDI: QPGJONES.COM Apr 18 2012 01:03:00      Philip G. Jones tr,    853 West Center Street,
            Orem, UT 84057-5201
ust       +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Apr 18 2012 01:39:19      United States Trustee,
            Ken Garff Bldg.,    405 South Main Street,    Suite 300,    Salt Lake City, UT 84111-3402
8057559   +EDI: CITICORP.COM Apr 18 2012 01:03:00      AT&T,    PO Box 182564,   Columbus, OH 43218-2564
8057561    EDI: CAPITALONE.COM Apr 18 2012 01:03:00      Capital One,    PO Box 60599,
            City of Industry, CA 91716-0599
8057564    E-mail/Text: bankruptcy@expressrecovery.com Apr 18 2012 01:39:14      Express Recovery Services,
            PO Box 26415,    Salt Lake City, UT 84126-0415
8057569    EDI: HFC.COM Apr 18 2012 01:03:00      HSBC Card Services,    PO Box 49352,
            San Jose, CA 95161-9352
8057570    EDI: CBSKOHLS.COM Apr 18 2012 01:03:00      Kohls,    PO Box 30510,   Los Angeles, CA 90030-0510
8057571    EDI: WFNNB.COM Apr 18 2012 01:03:00      Maurices,    PO Box 659705,   San Antonio, TX 78265-9705
8057574    E-mail/Text: bkclerk@north-american-recovery.com Apr 18 2012 07:25:21      NAR,
            5225 Wiley Post Way,    Salt Lake City, UT 84116-2561
8057577   +EDI: HFC.COM Apr 18 2012 01:03:00      Orchard Bank,    PO Box 49352,   San Jose, CA 95161-9352
8057580    EDI: RMSC.COM Apr 18 2012 01:03:00      Sams Club,    PO Box 530942,   Atlanta, GA 30353-0942
8057565    EDI: USBANKARS.COM Apr 18 2012 01:03:00      FBS Card Service,    PO Box 9487,
            Minneapolis, MN 55440-9487
8057582    EDI: USBANKARS.COM Apr 18 2012 01:03:00      US Bank,    PO Box 790408,
            Saint Louis, MO 63179-0408
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2012          Signature: *Joseph Speetjens* (signature)

```
District/off: 1088-2          User: gci                 Page 2 of 2            Date Rcvd: Apr 17, 2012
                              Form ID: rab18j           Total Noticed: 29

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2012 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```